IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21-CR-536 (ACR) |
| v. | |
| KAROL J. CHWIESIUK, <br> AGNIESZKA CHWIESIUK, | |
| Defendants. | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Karol J. Chwiesiuk and Agnieszka Chwiesiuk, with the concurrence of their attorney, agree and stipulate to the following. The following facts are undisputed and should be accepted as proved beyond a reasonable doubt. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations.

### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or

edited in any way. The video footage in Government's exhibits 200, 201, 202, 203, 204, 205, 206, 207, 208, and 209 is authentic in that it is what it purports to be. The video footage in Defendants' exhibits 1 and 2 is also authentic in that it is what it purports to be.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Sean P. Murphy
Assistant U.S. Attorney
D.C. Bar No. 1187821
On Detail from the District of Puerto Rico
Torre Chardon, Ste. 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

/s/ Anna Krasinski
_____
Anna Krasinski
Assistant U.S. Attorney
On Detail from the District of New Hampshire
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
anna.krasinski@usdoj.gov

_____
Nishay K. Sanan
53 W. Jackson Blvd, Ste. 1437
Chicago, IL 60604
nsanan@aol.com
312-692-0360
*Counsel for Defendant Karol J. Chwiesiuk*
*Counsel for Defendant Agnieszka Chwiesiuk*

_____
Cece White
53 W. Jackson Blvd, Ste. 1424
Chicago, IL 60604
cece@sananlaw.com
312-692-0360
*Counsel for Defendant Karol J. Chwiesiuk*
*Counsel for Defendant Agnieszka Chwiesiuk*

_____
Karol J. Chwiesiuk
*Defendant*

_____
Agnieszka Chwiesiuk
*Defendant*