UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: CASE NO. 21-CR-536 (ACR)
v. :
:
AGNIESZKA CHWIESIUK, :
:
Defendant. :

## VERDICT FORM

**Count One: Entering or Remaining in a Restricted Building or Grounds**

☑ Guilty ☐ Not Guilty

**Count Two: Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

☑ Guilty ☐ Not Guilty

**Count Three: Not Applicable**

**Count Four: Disorderly or Disruptive Conduct in a Capitol Building**

☑ Guilty ☐ Not Guilty

**Count Five: Parading, Demonstrating, or Picketing in a Capitol Building**

☑ Guilty ☐ Not Guilty

Dated this 8/11 day of Friday, 2023

FOREPERSON